UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE NO. 2:21-cv-00958-JMA-SIL

RYAN ARDITO, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

CURALEAF INC.,

    Defendant.

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff RYAN ARDITO and Defendant CURALEAF, INC. hereby jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the Dismissal With Prejudice of this action as follows:

1. This action, and all claims that were or could have been brought, is dismissed with prejudice.

2. The Parties shall bear their own attorneys' fees and costs.

WHEREFORE, the Parties respectfully stipulate to the Voluntary Dismissal With Prejudice of this action as set forth above.

Respectfully submitted,

<table>
<tr><td>

Plaintiff:

*/s/ Philip Fraietta*

Joseph I. Marchese
Philip L. Fraietta
Bursor & Fischer, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
jmarchese@bursor.com
pfraietta@bursor.com

</td><td>

Counsel for Curaleaf:

*/s/ Louis Smith*

Louis Smith
Rebecca Zisek
Greenberg Traurig, LLP
500 Campus Drive
Suite 400
Florham Park, New Jersey 07932
Telephone:  (973) 360-7900
Facsimile:  (973) 301-8410
smithlo@gtlaw.com
zisekr@gtlaw.com

*/s/ John L. McManus*

John L. McManus
(admitted     pro     hac     vice)
Greenberg Traurig, P.A.
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL 33301
Telephone:     (954)     765-0500
Facsimile: (954) 765-1477
mcmanusj@gtlaw.com

</td></tr>
</table>

2