UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE NO. 2:21-cv-00958-JMA-SIL

FILED
CLERK
11:34 am, Mar 24, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

RYAN ARDITO, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

CURALEAF INC.,

    Defendant.

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff RYAN ARDITO and Defendant CURALEAF, INC. hereby jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the Dismissal With Prejudice of this action as follows:

1. This action, and all claims that were or could have been brought, is dismissed with prejudice.

2. The Parties shall bear their own attorneys' fees and costs.

WHEREFORE, the Parties respectfully stipulate to the Voluntary Dismissal With Prejudice of this action as set forth above.

Respectfully submitted,

| Plaintiff: | Counsel for Curaleaf: |
|---|---|
| *[signature]* | *[signature]* |
| Joseph I. Marchese<br>Philip L. Fraietta<br>Bursor & Fischer, P.A.<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>jmarchese@bursor.com<br>pfraietta@bursor.com | Louis Smith<br>Rebecca Zisek<br>Greenberg Traurig, LLP<br>500 Campus Drive<br>Suite 400<br>Florham Park, New Jersey 07932<br>Telephone: (973) 360-7900<br>Facsimile: (973) 301-8410<br>smithlo@gtlaw.com<br>zisekr@gtlaw.com |

*[signature]*

John L. McManus
(admitted     pro     hac     vice)
Greenberg Traurig, P.A.
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL 33301
Telephone:     (954)     765-0500
Facsimile: (954) 765-1477
mcmanusj@gtlaw.com

Case closed.
SO ORDERED.
/s/ JMA, USDJ
3/24/2022